# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

EDUARDO GARCIA and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

MICON SCAFFOLDING LLC.,
MICHAEL CONNELL,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

To:
**MICON SCAFFOLDING LLC.,
Registered Agent: CONNELL, MICHAEL L
2466 ALI BABA AVENUE
OPA LOCKA, FL 33054**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

_____

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

EDUARDO GARCIA and all others similarly )
situated under 29 U.S.C. 216(b), )
                                                       Plaintiff, )
        vs. )
)
MICON SCAFFOLDING LLC., )
MICHAEL CONNELL, )
)
                             Defendants. )
_____

**SUMMONS IN A CIVIL ACTION**

To:
**CONNELL, MICHAEL L
2466 ALI BABA AVENUE
OPA LOCKA, FL 33054**

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____