UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-23249-CIV-JEM

EDUARDO GARCIA and all others similarly )
situated under 29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　vs. )
　　　　　　　　　　　　　　　　　　　　　　　)
MICON SCAFFOLDING LLC., )
MICHAEL CONNELL, )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

　　　　Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Half-Time Overtime Claim (8/9/15-3/13/17):**
Amount of Half-Time Overtime per hour not compensated: $10.38
Weeks: 77 (83-6 (2 weeks per year))
Overtime hours per week: 13
Total overtime wages unpaid and liquidated damages: $10,390.38 X 2 = $20,780.76, *exclusive of* **attorneys' fees and costs**


* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek time-and-one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　J. H. ZIDELL, P.A.
　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　　300-71ST STREET, SUITE 605
　　　　　　　　　　　　　　　　　　　　MIAMI BEACH, FLORIDA 33141
　　　　　　　　　　　　　　　　　　　　305-865-6766
　　　　　　　　　　　　　　　　　　　　305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 8/13/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**