UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDUARDO GARCIA and all others similarly
Situated under 29 US.C. 216(b),

    Plaintiff,

v.                                        CASE NO. 18-23249-CIV-JEM

MICON SCAFFOLDING LLC,
MICHAEL CONNELL

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO STATEMENT OF CLAIM

Defendants Micon Scaffolding, LLC ("Micon") and Michael Connell ("Connell" together Micon and Connell are the "Defendants") respond to the Statement of Claim [D.E. 8] filed by Eduardo Garcia ("Garcia") and state as follows:

1. Defendants deny that they violated 29 U.S.C. 201, et seq., the Fair Labor Standards Act ("FLSA") and deny that Plaintiff, as a salaried manager, is entitled to any relief, including overtime pay, liquidated damages, attorney's fees, and costs as described in the Statement of Claim.

2. Plaintiff was a salaried manager who directed the work of more than two employees, had significant input in the hiring, firing, advancement, promotion, or any other change of status of the employees he managed, and was paid on a weekly basis a set salary no matter the hours worked or not worked. A breakdown of the hours Plaintiff worked is attached hereto as Composite Exhibit 1.

3. Defendants disagree that Plaintiff is due any overtime wages at all. While Plaintiff clocked in and out of work, on a semi-regular basis, his weekly rate of pay did not change regardless of the hours he worked as a manager for Defendant Micon. Defendants have in place well-established policies and procedures to ensure compliance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 et seq. for which Garcia is exempt from.

4. Time and pay records for Garcia, which are being produced herein, evidence that as a salaried manager, he was consistently paid regardless the hours worked. Plaintiff was employed from November 10, 2014 through approximately March 13, 2017. When Plaintiff was first hired, he was paid a base salary of $52,000.00 per year and at the time his employment ceased he was paid a base salary of $57,200 per year. Plaintiff has produced no evidence that he is owed any overtime wages. Plaintiff has sustained no damages or, if any, *de minimis* damages, which are not actionable under the FLSA.

5. Of note, Plaintiff's Statement of Claim states that Garcia is owed for hours worked in weeks that he did not surpass forty hours a week. *See* Exhibit 1. *See also* Statement of Claim [D.E. 8]. As the documents attached hereto show, Garcia was paid the same amount regardless of whether he worked one hour or over forty hours. *See* Exhibit 1.

6. Even if Garcia is entitled to any additional overtime compensation, which he is not, there is absolutely no evidence to support that Defendants willfully violated the FLSA, thus precluding any award of liquidated damages in this case.

WHEREFORE, Defendants state, in response to the Statement of Claim, that Garcia is not entitled to any overtime pay for hours worked over forty (40) in a given week, as he was properly paid for his work as a manager.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY to electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will furnish a true and correct copy via electronic mail to J.H. Zidell, Esq. (ZABOGADO@aol.com) J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141, on this 13th day of September 2018.

Respectfully submitted,

**TAYLOR ESPINO VEGA & TOURON, P.A.**

**/s/  Julio C. Bertemati**
Francisco Touron, III
Florida Bar No. 527319
Julio C. Bertemati
Florida Bar No. 0068231
Taylor Espino Vega & Touron, P.A.
201 Alhambra Circle, Suite 801
Coral Gables, Florida 33134
Telephone: (305) 443-2043
Telefacsimile: (305) 443-2048
FTouron@tevtlaw.com
JBertemati@tevtlaw.com
BAragon@tevtlaw.com
TEVTService@gmail.com

*Attorneys for Micon Scaffolding, LLC and Michael Connell*