UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:18-CV-23249-JEM

EDUARDO GARCIA and all others similarly )
situated under 29 U.S.C. 216(b),           )
                                                            )
                Plaintiff,                              )
        vs.                                                )
                                                            )
                                                            )
MICON SCAFFOLDING LLC.,                )
MICHAEL CONNELL,                          )
                                                            )
                Defendants.                         )
_____

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

        In accordance with the provisions of Title 28 USC section 636(c), the undersigned parties to
the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge
decide the following motions and issue a final order or judgment with respect thereto:

1.    Motions for Costs                      Yes_____              No_X___

2.    Motions for Attorney's Fees        Yes_____              No_X____

3.    Motions for Sanctions             Yes_____              No_X____

4.    Motions to Dismiss                  Yes_____              No_X____

5.    Motions for Summary Judgment   Yes_____              No_X___

6.    Trial                                        Yes_____              No_X____

7.    Other_____

9/18/18              /s/ NEIL TOBAK, ESQ.
(date)                (Signature)
                        Neil Tobak, Esq.
                        PRINTED NAME OF ATTORNEY
                        Attorney for Plaintiff

9/18/18              /s/ JULIO CESAR BERTEMATI, ESQ.
(date)                (Signature)

Julio Cesar Bertemati, Esq.
PRINTED NAME OF ATTORNEY